## TILLMAN v. STATE.
### No. 16007.

Court of Criminal Appeals of Texas.
May 10, 1933.

E. H. Talbert, of San Antonio, for appellant.

Lloyd W. Davidson, State's Atty., of Austin, for the State.

HAWKINS, Judge.

Conviction is under article 902, P. C. (1925), which makes it an offense to hunt deer by the aid of a headlight or hunting lamp, punishment being a fine of $50.

The record contains neither statement of facts nor bills of exception. Nothing is presented for review.

The judgment is affirmed.